IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>EAST WEST RESORT<br>RESORT DEVELOPMENT V, L.P.,<br>L.L.L.P., et al.,<br><br>      Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 7<br>Bk. No. 10-10452 (BLS) |
| IRON HORSE CONDOMINIUM<br>ASSOCIATION,<br><br>      Appellant,<br><br>v.<br><br>NORTHSTAR MOUNTAIN<br>PROPERTIES LLC, et al.,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 14-1352-SLR |
| NORTHSTAR VILLAGE<br>ASSOCIATION,<br><br>      Appellant,<br><br>v.<br><br>NORTHSTAR MOUNTAIN<br>PROPERTIES LLC, et al.,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 14-1353-SLR |

# ORDER

At Wilmington this 9th day of December, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that these cases be referred to the mediation panel;

IT IS ORDERED that the recommendation is accepted. The above captioned

cases are referred to the mediation panel.

                                               _____
                                               United States District Judge